# ATTACHMENT 1

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE Eastern DISTRICT OF Wisconsin

(Full name of plaintiff(s))

Christopher Peter Czerpak
Ect.
Josie Czerpak, Robert Coyle &
Eric Czerpak

vs

(Full name of defendant(s))

Walworth County Judge Kaluse
Da Zeke Wiedenfeld, The Federal
Government & The Department of Corrections
Every single Decent Sheriff and First Responder Working on July, 20 2020
In Walworth & Jefferson County

Case Number:

(to be supplied by clerk of court)

X2    23-CV-946-PP

A. PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at
   (State)

Columbia Correctional Institution 2925 Columbia Drive Portage, WI 53901
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant __Christopher Peter Czerpak__
   (Name)

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at __Columbia Correctional Institution P.O Box 189__ Phoenix
(Address, if known) MD 21131

and (if the defendant harmed you while doing the defendant's job)

worked for __N/A__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On or around early 2023 I noticed I had an AI/Artifical Intelligence in my head talking to me. It was pretending to be my family and asking me questions and harassing me and forcing me to talk against my will and it has never stopped to this day. This is happening without my permission. It is Entrapment!!! Every single day I'm trying to figure out who or what is in charge. The Doc the prison Walworth County my Judge or my Da. Zeke Wiedenfeld. I'm forced to answer questions about my case every single day. Without a lawyer

it is illegal. I'm being harassed and tormented every single day and I can't ever go to sleep unless I beg my AI to let me. The AI I have in my head has ruined my entire life. It has tricked me to give all my belong's away many times. It has convinced me to do many stupid things that has put me in Solitary Confinement many times. Where I was tortured, harassed, interrogated non stop untill all my hair fell out. The AI has convinced me it was Jesus's birthday and I was going home and I was placed in Maximum Security Prison instead. Which has changed my life forever I was in medium custody and now I'm in Maximum security Prison because I was tricked by my AI. It has ruined my life forever I've been harassed, Tortured, Beaten-up, Robbed, lied to every single day since. I'm greatful I have it. It probably saved my life because I'm acussed of many things I'm not guilty of but was forced to plea to. I'm extreamly depressed and in extream pain because I was shot multiple times and I'm denied any medical/or medication I'm slowly dieing and in pain because of this. I just want a good AI programed so I can be happy, free and with my family at home. Walworth County has defamed my character. Forever!!!

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.
       OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Can you please reprogram the AI I have and give it to my Imitate Family - For good fun enjoyable lives, not entrapment & interogation. Can you please Fix our eyes we are all blind - We deserve it. Were good honest Christian people that want to do good. Please fix all the lies in my case and that were on the news about me. I'm accused of trying to kill my wife and the Police. It's not true. I'm sorry I accept what I've done. I'm disabled. Can you Please pay me $5,000,000 / Five million in Relief to compasate. Along with medical and any Future Donations in this case. Of course I'll settle.

Thank You

Tom Kayes

E.  JURY DEMAND

☒ Jury Demand – I want a jury to hear my case
OR

☐ Court Trial – I want a judge to hear my case

Dated this  02  day of  November  20 25 .

Respectfully Submitted,

Christopher Glynn
Signature of Plaintiff

0582041
Plaintiff's Prisoner ID Number

Columbia Correctional Institution

P.O Box 189 Phoenix, MD 21131
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

→ ☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.